IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SHERICE BOOKER, | : CASE NO. 25-10106 AMC |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : March 19, 2025 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| SHERICE BOOKER, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 11 |

**CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan on the parties at the below addresses, on March 10, 2025 by:

**25-10106-amc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Sherice Booker
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

**25-10106-amc Notice will not be electronically mailed to:**

Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118


EXECUTED ON:  March 10, 2025

                                                By:    /s/ Jonathan W. Chatham
                                                         Deputy Chief Counsel
                                                         PA Department of Revenue
                                                         Office of Chief Counsel
                                                         P.O. Box 281061
                                                         Harrisburg, PA 17128-1061
                                                         PA Attorney I.D.:  209683
                                                         Phone: (717) 783-3673
                                                         Facsimile: (717) 772-1459