UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13

    Sherice Booker

                                 Bankruptcy No. 25-10106-AMC

                    Debtor

## ORDER

Upon consideration of the Objection of Scott F. Waterman, Esq., Standing Chapter 13

Trustee,  to Debtor's Plan and after notice and hearing, it is ORDERED that the Plan is denied.

_____

Ashely M. Chan
U.S. BANKRUPTCY JUDGE