**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                              :
                                                                              :  Chapter 13
                                                                              :
Sherice Booker                                 :
                                                                              :
                                                                              :  Case No. 25-10106 (AMC)
                                            Debtor.   :
---------------------------------------------------------x

**<u>THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED FIRST AMENDED CHAPTER 13 PLAN</u>**

TO THE HONORABLE ASHELY M. CHAN:

      AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed First Amended Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

      1.    On January 9, 2025, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

      2.    On June 30, 2025, the City filed a claim that included unliquidated, non-filed business tax returns for Business Income and Receipts Tax and Net Profit Tax for which the Debtor was obligated to file returns but has failed to do so (the "Claim"). A true and correct copy of the claim is attached hereto as **Exhibit A**.

      3.    The claim also included a priority claim for Net Profit Tax, totaling $2,792.96, which the debtor is obligated to pay. A copy of the same is marked as **Exhibit A.**

      4.    The claim is a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

5. A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

6. As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

7. As of August 5, 2025, the Debtor failed to file the following required tax returns with the City of Philadelphia:

> **Business Income and Receipts Tax** returns for the periods: 12/31/2022 & 12/31/2023
>
> **Net Profits Tax** returns for the periods: 12/31/2022 &12/31/2023

6. The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

7. A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

8. The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are adequately addressed in the Plan. Furthermore, a proposed plan must ensure the full payment of all claims entitled to priority, unless the city agrees to different terms. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: August 6, 2025        By:   */s/ Megan N. Harper*
        MEGAN N. HARPER
        Divisional Deputy City Solicitor
        PA Attorney I.D. 81669
        Attorney for the City of Philadelphia
        City of Philadelphia Law Department
        Municipal Services Building
        1401 JFK Boulevard, 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0503 (phone)
        Email: Megan.Harper@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                        :
                                              :         Chapter 13
                                              :
Sherice Booker                                :
                                              :
                                              :         Case No. 25-10106 (AMC)
                             Debtor.          :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Megan N. Harper, Divisional Deputy City Solicitor, hereby certify that on August 6, 2025, a copy of the Objection to the Purposed First Amended Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, prepaid, as indicated below:

<u>Via ECF Filing Notice:</u>

Chapter 13 Trustee United States Trustee
SCOTT F. WATERMAN
2901 St. Lawrence Ave. –Suite 100
Reading, PA 19606

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107

<u>Debtor's Counsel of Record:</u>
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street –Suite 900
Philadelphia, PA 19102

<u>Via USPS Mail Delivery:</u>
Sherice Booker
5136 Mebus St
Philadelphia, PA 19124-3030

                          THE CITY OF PHILADELPHIA

Dated: August 6, 2025        By:   <u>*/s/ Megan N. Harper*</u>
                                         MEGAN N. HARPER
                                         Divisional Deputy City Solicitor
                                         PA Attorney I.D. 81669