# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
--------------------------------------------------------x
In re                                    :
                                         :      Chapter 13
    SHERICE BOOKER,                      :
                                         :
                                         :      Case No. 25-10106 (AMC)
                              Debtor.    :
--------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim No.9, filed by the City of Philadelphia on August 25, 2025.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 25, 2025

By: */s/ Megan N. Harper*
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov