IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                          :
                                                :          Chapter 13
                                                :
    Sherice Booker                              :
                                                :
                                                :          Case No. 25-10106 (AMC)
                        Debtor.                 :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Purposed First Amended Chapter 13 Plan [Docket No. 22] which was filed on August 6, 2025.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 26, 2025        By:   /s/ Megan N. Harper
                                    MEGAN N. HARPER
                                    Divisional Deputy City Solicitor
                                    PA Attorney ID 81669
                                    Attorney for the City of Philadelphia
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0503 (phone)
                                    Email: Megan.Harper@phila.gov