## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sherice Booker,<br><br>*Debtor*. | Case No. 25-10106-AMC<br>Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, certify that on August 28, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service

indicated below.

Date: August 28, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128
Method of Service: First Class Mail

**City of Philadelphia Law Department**
Tax Litigation & Collections Unit
Bankruptcy Division
1401 John F. Kennedy Blvd. Room 580
Philadelphia, PA 19102
Method of Service: First Class Mail