Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 25-10106-AMC**

Sherice Booker  
5136 Mebus St  
Philadelphia  PA    19124-3030

Petition Filed Date: 01/09/2025  
341 Hearing Date: 02/07/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/18/2025 | $389.00 | | 03/17/2025 | $389.00 | | 04/16/2025 | $389.00 | |
| 05/22/2025 | $389.00 | | 06/16/2025 | $389.00 | | 07/14/2025 | $300.00 | |
| 07/16/2025 | $389.00 | | 07/21/2025 | $100.00 | | | | |

**Total Receipts for the Period: $2,734.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,511.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Creditors | $1,984.24 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01S | Secured Creditors | $4,245.34 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $400.35 | $0.00 | $0.00 |
| 4 | NCB MANAGEMENT SERVICES INC<br>»»  002 | Unsecured Creditors | $5,804.02 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  03P | Priority Creditors | $14,000.71 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  03U | Unsecured Creditors | $14,409.78 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»»  004 | Unsecured Creditors | $4,002.63 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $1,170.39 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $5,444.02 | $0.00 | $0.00 |
| 10 | CARVANA, LLC/BRIDGECREST<br>»»  007 | Secured Creditors | $1,002.00 | $0.00 | $0.00 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»»  008 | Priority Creditors | $5,854.40 | $0.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»»  009 | Priority Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10106-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,511.00 | Current Monthly Payment: | $777.00 |
| Paid to Claims: | $0.00 | Arrearages: | $376.00 |
| Paid to Trustee: | $220.36 | Total Plan Base: | $45,068.00 |
| Funds on Hand: | $3,290.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.