IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| SHERICE BOOKER, | : CASE NO. 2025-10106 AMC |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : September 10, 2025 @ 10:00 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| SHERICE BOOKER, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 30 |

**<u>CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13</u>**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned

pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to Debtor's

Proposed Chapter 13 Plan, on the parties at the below addresses, on September 10, 2025 by:

**25-10106-amc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Sherice Booker
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibikla
w.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedrive
r.com

MEGAN N. HARPER on behalf of Creditor CITY OF PHILADELPHIA
megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

**25-10106-amc Notice will not be electronically mailed to:**

Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio
Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

EXECUTED ON: September 10, 2025

By:      /s/ Jonathan W. Chatham
         Jonathan W. Chatham
         Deputy Chief Counsel
         PA Department of Revenue
         Office of Chief Counsel
         P.O. Box 281061
         Harrisburg, PA 17128-1061
         PA I.D. # 209683
         Phone: 717-783-3673
         Facsimile: 717-772-1459