United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10106-amc

Sherice Booker                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: 155 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sherice Booker, 5136 Mebus Street, Philadelphia, PA 19124-3030 |
| 14967135 | + | Economic Opportuniti, 2010 Chestnut Street, Philadelphia, PA 19103-4411 |
| 14967140 | + | KC Flats, 2037 E Lehigh Avenue, Philadelphia, PA 19125-1482 |
| 14967143 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14967147 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14967152 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14967124 | Email/Text: bncnotifications@pheaa.org | Sep 11 2025 00:48:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14967126 | Email/Text: cs@aldouslegal.com | Sep 11 2025 00:48:00 | Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 14967125 | + Email/PDF: AffirmBKNotifications@resurgent.com | Sep 11 2025 00:52:10 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14967127 | Email/Text: rm-bknotices@bridgecrest.com | Sep 11 2025 00:49:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14967643 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 00:52:04 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14967854 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 01:13:29 | Bridgecrest Credit Company, LLC as Agent, and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14967128 | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15024474 | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 15036924 | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | CITY OF PHILADELPHIA, c/o MEGAN N. HARPER, City of Philadelphia - Law/Revenue Dept., 1401 JFK Blvd., Room 580, Philadelphia, PA 19102 |
| 14989351 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 00:52:57 | Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

District/off: 0313-2                          User: admin                                    Page 2 of 3

Date Rcvd: Sep 10, 2025                       Form ID: 155                              Total Noticed: 39

| | | | |
|---|---|---|---|
| 14967129 | | Email/Text: bankruptcy@philapark.org | |
| | | Sep 11 2025 00:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14967130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Sep 11 2025 00:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14967131 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Sep 11 2025 00:49:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14967132 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Sep 11 2025 00:49:00 | Comenity Capital/Forever 21, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14967133 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Sep 11 2025 00:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14967134 | | Email/Text: DSLBKYPRO@discover.com | |
| | | Sep 11 2025 00:49:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14967136 | + | Email/Text: bankruptcy@fco.com | |
| | | Sep 11 2025 00:48:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept 14400 Sweitzer La, Laurel, MD 20707-3006 |
| 14967137 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Sep 11 2025 00:49:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14967138 | | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Sep 11 2025 00:48:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14967139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Sep 11 2025 00:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14967141 | + | Email/Text: Documentfiling@lciinc.com | |
| | | Sep 11 2025 00:48:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 14986499 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Sep 11 2025 00:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14967142 | ^ | MEBN | |
| | | Sep 11 2025 00:38:31 | NCB Management Services, Attn: Bankruptcy 1 Allied Drive, Trevose, PA 19053-6945 |
| 14967146 | | Email/Text: CollectionsDept@PFCU.COM | |
| | | Sep 11 2025 00:48:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14987468 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Sep 11 2025 00:53:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14967144 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Sep 11 2025 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14967950 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Sep 11 2025 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14967145 | ^ | MEBN | |
| | | Sep 11 2025 00:39:04 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14967148 | | Email/Text: bankruptcy@philapark.org | |
| | | Sep 11 2025 00:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14967149 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Sep 11 2025 00:52:57 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14967150 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Sep 11 2025 00:48:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14967151 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | |
| | | Sep 11 2025 00:49:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14967153 | | Email/Text: bknotice@upgrade.com | |
| | | Sep 11 2025 00:48:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

District/off: 0313-2                              User: admin                                    Page 3 of 3
Date Rcvd: Sep 10, 2025                          Form ID: 155                                     Total Noticed: 39
TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14977153 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14989108 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Sherice Booker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
 Sherice Booker      )    Case No. 25−10106−amc
            )
            )
 Debtor(s).       )    Chapter: 13
            )
            )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

  **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: September 10, 2025        For The Court

                Ashely M. Chan
                Chief Judge, United States Bankruptcy Court