Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Sherice Booker
5136 Mebus St
Philadelphia, PA 19124-3030

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10106-AMC**

Petition Filed Date: 01/09/2025
341 Hearing Date: 02/07/2025
Confirmation Date: 09/10/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $388.50 | | 08/18/2025 | $388.50 | | 09/02/2025 | $388.50 | |
| 09/17/2025 | $388.50 | | 09/25/2025 | $230.75 | | 10/02/2025 | $230.75 | |
| 10/13/2025 | $230.75 | | 10/17/2025 | $230.75 | | 10/23/2025 | $230.75 | |
| 11/03/2025 | $230.75 | | 11/06/2025 | $230.75 | | 11/20/2025 | $230.00 | |
| 12/02/2025 | $230.00 | | 12/08/2025 | $230.00 | | 12/18/2025 | $230.00 | |
| 12/29/2025 | $230.00 | | 01/05/2026 | $230.00 | | 01/09/2026 | $230.00 | |
| 01/15/2026 | $230.00 | | 01/23/2026 | $230.00 | | 01/29/2026 | $230.00 | |
| 02/05/2026 | $230.00 | | 02/12/2026 | $230.00 | | 02/20/2026 | $230.00 | |
| 03/05/2026 | $230.00 | | 03/12/2026 | $230.00 | | 03/19/2026 | $230.00 | |
| 03/26/2026 | $230.00 | | 04/02/2026 | $230.00 | | 04/09/2026 | $230.00 | |
| 04/16/2026 | $230.00 | | 04/27/2026 | $230.00 | | 05/01/2026 | $230.00 | |
| 05/11/2026 | $230.00 | | 05/14/2026 | $230.00 | | 05/21/2026 | $230.00 | |
| 05/29/2026 | $230.00 | | 06/04/2026 | $230.00 | | 07/06/2026 | $300.00 | |
| 07/09/2026 | $500.00 | | 07/09/2026 | $230.00 | | 07/16/2026 | $230.00 | |
| 07/23/2026 | $230.00 | | 07/30/2026 | $230.00 | | | | |

**Total Receipts for the Period: $11,099.25 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $14,293.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,225.00 | $3,225.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,984.24 | $912.18 | $1,072.06 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $4,245.34 | $0.00 | $4,245.34 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $400.35 | $0.00 | $400.35 |
| 4 | NCB MANAGEMENT SERVICES INC<br>»» 002 | Unsecured Creditors | $5,804.02 | $0.00 | $5,804.02 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $14,000.71 | $6,436.32 | $7,564.39 |

**Chapter 13 Case No. 25-10106-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 6 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $14,409.78 | $0.00 | $14,409.78 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $4,002.63 | $0.00 | $4,002.63 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,170.39 | $0.00 | $1,170.39 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $5,444.02 | $0.00 | $5,444.02 |
| 10 | CARVANA, LLC/BRIDGECREST<br>»» 007 | Secured Creditors | $17,874.78 | $0.00 | $17,874.78 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Priority Crediors | $5,854.40 | $2,691.34 | $3,163.06 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 13 | ALDOUS AND ASSOCIATES PLLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | ECONOMIC OPPORTUNITIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | FAIR COLLECTIONS & OUTSOURCING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,293.25 | Current Monthly Payment: | $923.00 |
| Paid to Claims: | $13,264.84 | Arrearages: | $293.75 |
| Paid to Trustee: | $1,028.41 | Total Plan Base: | $52,430.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.